**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
MELISSA N. LICKER, ESQ. (ML-5973)
IND1685

| | |
|---|---|
| IN RE:<br><br>NANCY YONG,<br><br>       Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter:   13<br><br>Case No.:   10-49251 DHS<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

   PLEASE TAKE NOTICE that the firm **FEIN, SUCH, KAHN & SHEPARD, PC** is appearing for the following party in the above named bankruptcy case:

   ONEWEST BANK, FSB

   This party is a party in interest in this case, and is a secured creditor in the foreclosure action of the Debtor:

   NANCY YONG

   Pursuant to Rule 2002 of the bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

                        **FEIN, SUCH, KAHN & SHEPARD, PC**
                        Attorneys for Secured Creditor

                        By:/S/ MELISSA N. LICKER, ESQ.
Dated: January 3, 2011